**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pedro Gregorio VENTURA–HERNAN-DEZ, aka Jose Gregorio Ventura–Hernandez, Defendant–Appellant.**

No. 06–50440.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 23, 2007.

U.S. Attorney, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Timothy A. Scott, Esq., Law Offices of Timothy A. Scott, San Diego, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM [**]

Pedro Hernandez–Ventura appeals the district court's order, issued on limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–86 (9th Cir.2005) (en banc), upholding the original sentence imposed for his conviction for being a convicted alien found in the United States in violation of 8 U.S.C. § 1326.

Hernandez–Ventura's sole contention is that the district court erred in not providing him an opportunity to allocute before the district court made its decision not to resentence him. Hernandez–Ventura's claim is foreclosed by our recent decision in *United States v. Silva*, 472 F.3d 683, 689 (9th Cir.2007) ("[o]ur review of *Ameline*, our due process jurisprudence, and Fed. R.Crim.P. 32 reveal no constitutional or statutory reason to require allocution during an *Ameline* remand.") Accordingly, the district court is

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

